UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.H.B.,<br><br>                Plaintiff,<br><br>      v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                Defendant. | Case No. 2:19-cv-10178-RGK-SHK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' Joint Stipulation, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. No objections to the R&R have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS THEREFORE ORDERED that Judgment be entered **REVERSING** the final decision of the Commissioner of the Social Security Administration and **REMANDING** the case for further administrative proceedings.

DATED: 02/25/2021

                                          HONORABLE R. GARY KLAUSNER
                                          United States District Judge