Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
7827 Westminster Boulevard
Westminster, CA 92683
(714) 901-1222
(714) 901-1220 (F)
simaaghai@msn.com

Attorney for Plaintiff HOUIK BAGDOYAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUIK BAGDOYAN <br><br> Plaintiff <br><br> v. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant | CASE NO. 2:19-cv-10178-RGK-SHK <br><br> [~~PROPOSED~~] ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees and Costs, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees and expenses in the total amount of $4,987 as authorized by 28 U.S.C. § 2412.

Dated: 5/24/2021

_____
HONORABLE SHASHI H. KEWALRAMANI
UNITED STATES DISTRICT JUDGE

Order